UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X

EFFREN G. DURASNO,                    :

                  Plaintiff,          :      10 Civ. 6303 (LTS)(HBP)

     -against-                        :      REPORT AND
                                             RECOMMENDATION
DIAMONDS INTERNATIONAL,               :

                  Defendant.          :

----------------------------------X

          PITMAN, United States Magistrate Judge:

          TO THE HONORABLE LAURA TAYLOR SWAIN, United States

District Judge,

          The pro se plaintiff commenced this action on August

23, 2010 by filing a summons and complaint.  My review of the

file in February, 2011 disclosed that no proof of service of the

summons and complaint had ever been filed and it appeared that

the summons and complaint had not, in fact, been served.  Ac-

cordingly, I issued an Order to plaintiff on February 24, 2011

directing that plaintiff show cause on or before April 25, 2011

why the action should not be dismissed for failure to serve the

summons and complaint within the 120-day time limit established

by Rule 4(m), Fed. R. Civ. P. Specifically, my February 24, 2011

Order

provided:

> Despite the fact that Rule 4(m), Fed. R.
> Civ. P., requires that the summons and com-
> plaint be served on all defendants no later
> than 120 says after the commencement of the
> action, according to the Court's records,
> the defendant has not yet been served.  Ac-
> cordingly, pursuant to Federal Rule of Civil
> Procedure 4(m), it is hereby
>
> ORDERED that plaintiff has until April
> 23, 2009 either to complete service of the
> summons and complaint on the defendants or
> to show good cause why such service has not
> been made.  Failure to complete service or
> to show cause on or before April 25, 2011,
> **will** result in the issuance of a Report and
> Recommendation recommending the dismissal of
> this action.

(Emphasis in original.)

A copy of my February 24 Order was mailed to plaintiff

at the address provided when he commenced this action -- the

only address plaintiff ever provided to the Court.  It has not

been returned as undeliverable.

To date, plaintiff has not filed proof of service, has

not explained why service has not been completed and has not

contacted my chambers or the Court in any way.  Accordingly, I

respectfully recommend <u>sua</u> <u>sponte</u> that this action be dismissed

2

on the ground that plaintiff has not completed service of the
summons and complaint within the time permitted by Rule 4(m),
Fed. R. Civ. P.

OBJECTIONS

Pursuant to 28 U.S.C. § 636(b)(1)(C) and Rule 72(b) of
the Federal Rules of Civil Procedure, the parties shall have ten
(10) days from the date of this Report and Recommendation to
file written objections. *See also* Fed. R. Civ. P. 6(a) and
6(e). Such objections (and responses thereto) shall be filed
with the Clerk of the Court, with courtesy copies delivered to
the chambers of the Honorable Laura Taylor Swain, United States
District Judge, Room 755, 500 Pearl Street, New York, New York
10007 and to the chambers of the undersigned, Room 750, 500
Pearl Street, New York, New York 10007. Any requests for an
extension of time for filing objections must be directed to
Judge Swain. FAILURE TO OBJECT WITHIN TEN (10) DAYS **WILL** RESULT
IN A WAIVER OF OBJECTIONS AND **WILL** PRECLUDE APPELLATE REVIEW.
Thomas v. Arn, 474 U.S. 140 (1985); United States v. Male Juve-
nile, 121 F.3d 34, 38 (2d Cir. 1997); I.U.E. AFL-CIO Pension
Fund v. Hermann, 9 F.3d 1049, 1054 (2d Cir. 1993); Frank v.
Johnson, 968 F.2d 298, 300 (2d Cir. 1992); Wesolek v. Canadair

3

<u>Ltd</u>., 838 F.2d 55, 58 (2d Cir. 1988); <u>McCarthy v. Manson</u>, 714 F.2d 234, 237-38 & n.2 (2d Cir. 1983).

Dated:     New York, New York
           May 10, 2011


                              Respectfully submitted,


                              _____
                              HENRY PITMAN
                              United States Magistrate Judge

Copy mailed to:

Mr. Efren G. Durasno
590 62nd Street
Apt. 4B
West New York, New Jersey 07093